IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES S. TERRY, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 5:05-cv-0035-RRA |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on September 15, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on September 20, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.[1]  Accordingly, the complaint is due to be dismissed as frivolous and for failing to state a claim upon which relief can be granted or seeking monetary relief from a defendant who is immune pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 20th day of October, 2006.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] In his objections, plaintiff states that he "prefers that this case be heard as a habeus (sic) corpus." (doc. 7.) As stated in the report and recommendation, however, plaintiff has no petition for writ of habeas corpus pending, and, further, plaintiff has made no claims challenging his conviction in the instant case. (doc. 6 n. 1.) Thus, if plaintiff wishes to seek habeas relief, he must file a separate *habeas* action pursuant to 28 U.S.C. § 2254.